THE STATE OF OHIO, APPELLANT AND CROSS-APPELLEE,
v. HELMS, APPELLEE AND CROSS-APPELLANT.

[Cite as *State v. Helms,* 128 Ohio St.3d 352, 2011-Ohio-738.]

(No. 2010-1953—Submitted February 1, 2011—Decided February 22, 2011.)

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The discretionary cross-appeal is not accepted.

{¶ 3} The portion of the judgment of the court of appeals addressing appellant's first assignment of error below is vacated on the authority of *State v. Johnson,* 128 Ohio St.3d 153, 2010-Ohio-6314, 942 N.E.2d 1061, and the cause is remanded to the court of appeals for application of our decision in *State v. Johnson.*

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, and MCGEE BROWN, JJ., concur.

LANZINGER, J., concurs but would also accept the cross-appeal on Proposition of Law No. II.

CUPP, J., dissents and would not accept the appeal.

Paul J. Gains, Mahoning County Prosecuting Attorney, and Ralph M. Rivera, Assistant Prosecuting Attorney, for appellant and cross-appellee.

Gary L. Van Brocklin, for appellee and cross-appellant.